**FILED**

AUG 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037

U.S.P. P.O. BOX 26030

BEAUMONT, TX. 77720,

    Plaintiff,

Case: 1:07-cv-01491
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/17/2007
Description: FOIA/PRIVACY ACT

V.

UNITED STATES POSTAL SERVICE

475 L'ENFANT PLAZA S.W.

WASHINGTON, D.C. 20260,

    Defendant.

## JUDICIAL REVIEW COMPLAINT

Plaintiff exhausted his administrative remedy under the F.O.I.A. see attach

The Chief Counsel stated: "there were no responsive records on certified mail # 7000 1530 0003 8065 4468."

Plaintiff consider the letter to be a denial of his right of access pursuant to the F.O.I.A. to any Postal Service records and seek judicial review, because plaintiff have the certified mail receipt as proof of delivery

What records were searched, by whom, and through what process?

**RECEIVED**
AUG 08 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Elliott Damon 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521

April 5, 2007
RE: CERTIFIED MAIL RECEIPT
NO: 7000 1530 0003 8065 4468

Dear U.S. Postal Service:

I mail out postage prepaid certified mail in 2001 of September and I want to purchase the documents, and/or any other records responsive to my request.

Sincerely,

Elliott Damon

RECORDS OFFICE


**UNITED STATES POSTAL SERVICE**

May 02, 2007

Elliott Damon
Federal Correctional Complex
PO BOX 1034
Coleman, FL  33521

RE: FOIA Case No. 2007-FPRO-00353

Dear Mr. Damon:

This is in response to your request for records dated April 5, 2007, pursuant of the Freedom of Information Act.  A search for the requested records yield no results.  Please see the attached documents of the search.

If you interpret this as denial, you have the right to appeal this response by writing to the Chief Counsel, Customer Protection and Privacy, United States Postal Service, 475 L'Enfant Plaza, SW, Room 6138, Washington, DC  20260, within 30 days of the date of this letter. The letter of appeal should include a statement about the action or failure to at being appealed, the reasons why it is believed to be erroneous, and the relief sought, along with copies of your original request, this letter, and any other related correspondence.

Sincerely,

*Alice M. Parks*

ALICE M PARKS
Consumer Research Analyst

475 L'ENFANT PLAZA SW, RM. 5821
WASHINGTON DC  20260-5821
(202)268-2608
FAX: (202)268-5353


**UNITED STATES POSTAL SERVICE®**

Home | Help

_____ Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7000 1530 0003 8065 4468**

There is no record of this item.

**Why Are You Receiving This Message?**

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

**Track & Confirm**
Enter Label/Receipt Number.

 POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust               Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

Damon Elliott 31034-037
United States Penitentiary
P.O. Box 26030
Beaumont, Tx. 77720

May 30, 2007
RE: FOIA APPEAL
   FOIA Case No. 2007-FPRO-00353
   Certified Receipt No. 7000 1530 0003 8065 4468

Dear Chief Counsel:

   I interpret the response a denial because I mailed out a postage prepaid certified letter in 2001 of September and I have the return receipt as merchandise to prove it.

   I ask for a search of records, and I want to purchase the documents, and/or any other records responsive to my request.

   I make this declaration under the substitute of taking an oath, declaring under the penalty of perjury that the above is true and correct.

Sincerely
Damon Elliott

CORPORATE LAW


UNITED STATES
POSTAL SERVICE

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

June 26, 2007

Mr. Elliott Damon
Federal Correctional Complex
P.O. Box 1034
Coleman, FL 33521-1034

Freedom of Information Act and Privacy Act Appeal 07-092

Dear Mr. Damon:

This responds to your letter dated May 30, 2007, which was received by this office on June 4, 2007. In your letter you appeal the "no records" response from the U.S. Postal Service pursuant to your request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

As background, by letter dated April 5, 2007, you requested "the documents and/or any other records" relating to a letter that you state was mailed in September 2001 and marked as certified mail #7000 1530 0003 8065 4468. By letter dated May 2, 2007, Ms. Alice Parks, Consumer Research Analyst, notified you that there were no responsive records. She enclosed a copy of a Track and Confirm report stating that "[t]here is no record of this item." After consulting with responsible persons in our Records Office, we consider that the search conducted in response to your request was appropriate. We uphold the initial determination that there are no responsive records to your request.

As information, the FOIA generally requires government agencies to disclose reasonably described "records" within their possession. However, the FOIA contains several exemptions that permit agencies to withhold certain records. See 5 U.S.C. § 552(b)(1)-(9). To qualify as agency records under the FOIA, requested materials must be created or obtained by an agency, and they must be within the agency's possession and control at the time the FOIA request is made. Department of Justice v. Tax Analysts, 492 U.S. 136, 144-45 (1989).

Under the FOIA, agencies are required only to conduct searches reasonably calculated to discover requested records. See, e.g., Safecard Servs., Inc. v. Sec. and Exch. Comm'n, 926 F.2d 1197, 1201 (D.C. Cir. 1991). Speculation that records may exist does not require an agency to search for records that have not been located through a reasonable search. Id. In this instance, a "Track and Confirm" computer search report was provided as a courtesy to provide proof that the

responsive records do not exist. The Postal Service retains records for a period of time as prescribed under a system of records. The Postal Service retains domestic mail delivery records for one year and domestic mail acceptance reciept records for two years. These requirements are consistent with the retention and disposal procedures in USPS System of Records 840.000, Customer Mailing and Delivery Instructions, and USPS System of Records 820.200, Mail Management and Tracking Activity. See Handbook AS-353 Appendix, Section E, Part 8. Because there are no responsive records, we do not consider this to be a denial of your right to access to Postal Service records pursuant to the FOIA. The absence of records does not, however, constitute a denial of records.

For the reasons stated above, we do not consider this letter to be a denial of your right of access pursuant to the FOIA to any Postal Service records. Nevertheless, we are required to inform you that the Act provides that you may seek judicial review of this decision by bringing suit for that purpose in the United States District Court for the district in which you reside or have your principal place of business, the district in which the records are located, or in the District of Columbia.

Thank you for your interest.

For the General Counsel,

*[signature]*

Anthony F. Alverno
Chief Counsel
Customer Programs

cc:   Ms. Parks
      Ms. Eyre

CORPORATE LAW


UNITED STATES
POSTAL SERVICE

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

July 10, 2007

Mr. Elliott Damon 31034-037
United States Penitentiary
P.O. Box 26030
Beaumont, TX  77720-6030

RE:  Freedom of Information Act Appeal: 07-089

Dear Mr. Damon:

The enclosed letter dated June 26, 2007, which responds to your Freedom of Information Act (FOIA) appeal, was returned to our office because your identification number was inadvertently omitted from the letter. We are accordingly enclosing a copy with this correspondence. I apologize for any inconvenience.

Thank you for your interest.

For the General Counsel,

Anthony F. Alverno
Chief Counsel
Customer Programs

Enclosure

475 L'ENFANT PLAZA SW
WASHINGTON, DC  20260-1135
WWW.USPS.COM

## I (a) PLAINTIFFS

Damon Elliott

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 31034-037

## DEFENDANTS

US Postal Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01491
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/17/2007
Description: FOIA/PRIVACY ACT

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $  Check YES only if demanded in complaint  JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☒ YES ☐ NO  If yes, please complete related case form.

DATE 8/17/07  SIGNATURE OF ATTORNEY OF RECORD NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.