CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOT                )
                            )
                            )
                            )
         Plaintiff          )
      v.                    )    Civil Case Number 07-1491(JDB)
                            )
U.S. POSTAL SERVICE         )    Category I
                            )
                            )
         Defendant          )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 22, 2007 from Judge Colleen Kollar-Kotelly to JudgeJohn D. Bates by direction of the Calendar Committee.

**(Case related to CA 06-240, 07-202, 07-204, 07-205, 07-341 before Judge Bates.)**

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Bates & Courtroom Deputy
      Judge Kollar-Kotelly & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk