UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAMON ELLIOT, | ) | |
| | ) | |
|     Plaintiff pro se, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1941 (JDB) |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
|     Defendant. | ) | |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security, respectfully moves for a two week extension of time, to and including October 5, 2007, within which to respond to plaintiff's Complaint. This is Defendant's counsel's first request for an enlargement of time for this purpose. Defendant did not obtain the position of Plaintiff in *pro se*, because Plaintiff is incarcerated in a Federal Penitentiary in Coleman, Florida.

    For cause, Defendant states as follows:

    Undersigned counsel has drafted a dispositive motion responsive to plaintiff's Complaint, but is still awaiting a signed declaration from Defendant in support of this motion. Undersigned counsel expects to receive this declaration and to finalize Defendant's dispositive motion within the next two weeks.

    For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

Dated: September 21, 2007.

                                        Respectfully submitted,

                                        ___/s_/_____
                                        JEFFREY A. TAYLOR, D.C. BAR #498610
                                        United States Attorney

                                        ____/s/_____
                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                        __/s/_____
                                        ALEXANDER D. SHOAIBI, D.C. Bar # 423587
                                        Assistant United States Attorney
                                        5O1 Third Street, N.W., Rm E-4818
                                        Washington, D.C.  20530
                                        (202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this __21st__ day of September, 2007, I caused the foregoing **Defendant's First Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

>Damon Elliot 31034-037
>F.C.C. U.S.P.
>P.O. Box 1034
>Coleman, Florida 33521

>/s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

Case 1:07-cv-01491-JDB    Document 10    Filed 09/21/2007    Page 4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOT, ) | |
| ) | |
| Plaintiff pro se, ) | |
| ) | |
| v. ) | Civil Action No. 07-1941 (JDB) |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security, respectfully moves for a two week extension of time, to and including October 5, 2007, within which to respond to plaintiff's Complaint. This is Defendant's counsel's first request for an enlargement of time for this purpose. Defendant did not obtain the position of Plaintiff in *pro se*, because Plaintiff is incarcerated in a Federal Penitentiary in Coleman, Florida.

For cause, Defendant states as follows:

Undersigned counsel has drafted a dispositive motion responsive to plaintiff's Complaint, but is still awaiting a signed declaration from Defendant in support of this motion. Undersigned counsel expects to receive this declaration and to finalize Defendant's dispositive motion within the next two weeks.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

Dated: September 21, 2007.

                Respectfully submitted,

                \_\_\_/s\_/_____
                JEFFREY A. TAYLOR, D.C. BAR #498610
                United States Attorney

                \_\_\_\_/s/_____
                RUDOLPH CONTRERAS, D.C. Bar # 434122
                Assistant United States Attorney

                \_\_/s/_____
                ALEXANDER D. SHOAIBI, D.C. Bar # 423587
                Assistant United States Attorney
                5O1 Third Street, N.W., Rm E-4818
                Washington, D.C.  20530
                (202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this **21st** day of September, 2007, I caused the foregoing **Defendant's First Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

>   Damon Elliot 31034-037
>   F.C.C. U.S.P.
>   P.O. Box 1034
>   Coleman, Florida 33521

                               /s/
                               ALEXANDER D. SHOAIBI
                               Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOT,** ) | |
| ) | |
| **Plaintiff pro se,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1941 (JDB) |
| ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**UPON CONSIDERATION** of defendant's first motion for enlargement of time to respond to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its response to plaintiff's complaint on or before October 5, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007