UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOT,** ) | |
| ) | |
| **Plaintiff pro se,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1941 (JDB) |
| ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME**

    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security, respectfully moves for a one business day extension of time, to and including October 9, 2007, within which to respond to plaintiff's Complaint.  This is Defendant's counsel's second request for an enlargement of time for this purpose. Defendant did not obtain the position of Plaintiff in *pro se*, because Plaintiff is incarcerated in a Federal Penitentiary in Coleman, Florida.

    For cause, Defendant states as follows:

    Undersigned counsel has not yet received the signed declaration supporting a dispositive motion from Defendant, but has received assurance from agency counsel that  it will be provided in time for filing on Tuesday October 9, 2007.  The delay was due to a problem in communication between agency counsel and the declarant, but that problem has been resolved, and defendant apologizes for asking for a second enlargement of time for this purpose.

    For the foregoing reasons, Defendant respectfully requests that this motion for an

enlargement of time be granted.[1]

Dated: October 5, 2007.

                              Respectfully submitted,

                              ___/s_/_____
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

                              ____/s/_____
                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                              Assistant United States Attorney

                              __/s/_____
                              ALEXANDER D. SHOAIBI, D.C. Bar # 423587
                              Assistant United States Attorney
                              5O1 Third Street, N.W., Rm E-4818
                              Washington, D.C.  20530
                              (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __5th__ day of October, 2007, I caused the foregoing **Defendant's Second Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

>Damon Elliot 31034-037
>F.C.C. U.S.P.
>P.O. Box 1034
>Coleman, Florida 33521


>  /s/
> ALEXANDER D. SHOAIBI
> Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOT, )<br>)<br>  Plaintiff pro se, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>  Defendant. ) | Civil Action No. 07-1941 (JDB) |

## ORDER

**UPON CONSIDERATION** of defendant's second motion for enlargement of time to respond to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its response to plaintiff's complaint on or before October 9, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007