UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAMON ELLIOTT,**

　　Plaintiff,

　　v.                                                             Civil Action No. 07-1491 (JDB)

**UNITED STATES POSTAL SERVICE,**

　　Defendant.

## ORDER

Defendant has filed a motion to dismiss or, in the alternative, for summary judgment on October 9, 2007.  In its October 11, 2007 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion.  Further, that Order expressly warned plaintiff that, if he failed to file his opposition by November 9, 2007, the Court would treat the motion as conceded.  To date, plaintiff neither has filed an opposition nor has requested additional time to do so.  Accordingly, it is hereby

ORDERED that defendant's motion to dismiss, or alternatively, for summary judgment [#12] is GRANTED AS CONCEDED, and that JUDGMENT shall be entered in defendant's favor.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  November 21, 2007